U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2009 FEB 26  P 2: 13

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW MAINE

Carol Murphy

    v.                                        Civil No. 09-cv-39-SJM

State of Maine, et al.


Carol Murphy

    v.                                        Civil No. 09-cv-56-SJM

State of Maine, et al.


Carol Murphy

    v.                                        Civil No. 09-cv-61-SJM

Town of Buxton, et al.


### REPORT AND RECOMMENDATION

Plaintiff has been enjoined from bringing any lawsuit in the
United States District Court for the District of Maine which
involves any dispute between her and state or municipal officials
concerning animals without obtaining prior leave of the Court.
See "Order" attached.  Each of the suits referenced in the
caption violates that injunction.  Plaintiff has not obtained
leave of the Court.  I recommend that each of the above-captioned

cases be dismissed.

Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: February 26, 2009